IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Criminal Case No. 10-cr-00487-LTB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JUAN MANUEL SANCHEZ CEVALLOS,
   a/k/a Carlos Avon Rivas,
   a/k/a Joan Manuel Levalla,
   a/k/a Juan Manuel Mamolejo Onate,
   a/k/a Juan Manual Sanchez Ceballos,
   a/k/a Javier Martiniez Villa,
   a/k/a Alejandro Martinez Diaz,
   a/k/a Fred Montez,
   a/k/a David Steven Martinez,

    Defendant.

---

**MINUTE ORDER**

---

BY ORDER OF JUDGE LEWIS T. BABCOCK

    This will confirm that, pursuant to Defendant's Notice of Disposition filed October 25, 2010 (Doc 12), the status/scheduling hearing set **October 28, 2010 is VACATED**.

    This will further confirm that a change of plea hearing regarding Defendant Sanchez-Cevallos is set **Thursday, December 9, 2010 at 9:00 a.m.** in Courtroom C401, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado. Defendant shall be present. An interpreter is required.

Dated: October 27, 2010