**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Criminal Case No.  10-cr-00487-LTB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.    JUAN MANUEL SANCHEZ CEVALLOS,
     a/k/a Carlos Avon Rivas,
     a/k/a Joan Manuel Levalla,
     a/k/a Juan Manuel Mamolejo Onate,
     a/k/a Juan Manual Sanchez Ceballos,
     a/k/a Javier Martiniez Villa,
     a/k/a Alejandro Martinez Diaz,
     a/k/a Fred Montez,
     a/k/a David Steven Martinez,

       Defendant.

---

**MINUTE ORDER**

---

BY ORDER OF JUDGE LEWIS T. BABCOCK

     This will confirm that the change of plea hearing regarding Defendant Sanchez-Cevallos set **Thursday, December 9, 2010 is RESET to 8:30 a.m.** in Courtroom C401, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado. Defendant shall be present.  An interpreter is required.


Dated:  December 3, 2010