**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Criminal Case No.  10-cr-00487-LTB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.     JUAN MANUEL SANCHEZ CEVALLOS,
      a/k/a Carlos Avon Rivas,
      a/k/a Joan Manuel Levalla,
      a/k/a Juan Manuel Mamolejo Onate,
      a/k/a Juan Manual Sanchez Ceballos,
      a/k/a Javier Martiniez Villa,
      a/k/a Alejandro Martinez Diaz,
      a/k/a Fred Montez,
      a/k/a David Steven Martinez,

       Defendant.

**MINUTE ORDER**

BY ORDER OF JUDGE LEWIS T. BABCOCK

      This will confirm that the sentencing hearing regarding Defendant Sanchez-Cevallos is set **Tuesday, February 22, 2011 at 9:00 a.m.** in Courtroom C401, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.  Defendant shall be present.  An interpreter is required.

Dated:  December 13, 2010